IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAYLE WALKER,

    Plaintiff,

vs.                                    CASE NO. 5:10cv290/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion To Remand (Doc. 26) is **granted**. The Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. Defendant is ordered to conduct further proceedings in accordance with the Magistrate's Report and Recommendation.

5. The clerk is directed to enter final judgment pursuant to Fed.R.Civ.P. 58.

6. The clerk is directed to close this file administratively.

**ORDERED** on November 7, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**